**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GREG CUSUMANO,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:04-cv-787-Orl-31KRS**

**MAQUIPAN INTERNATIONAL, INC.**
**d/b/a Pan & Plus and ANTONIO**
**CASTANO,**

        **Defendants.**
_____

## ORDER

On December 16, 2005, Plaintiff filed a Motion for Taxation of Costs and Attorney's Fees (Doc. 105). Defendant has not responded to the Motion, which is thus unopposed.

Following a bench trial, this Court issued its Memorandum Opinion and Order (Doc. 98), finding that Plaintiff was entitled to judgment against Defendant, Maquipan International in the amount of $22,016.80. At the conclusion of Plaintiff's case-in-chief, the Court granted a Motion for Judgment as a Matter of Law on behalf of Defendant, Antonio Castano. The Court retained jurisdiction to determine an appropriate attorney's fee and cost award.

Plaintiff's Bill of Costs (Doc. 105-3) appears reasonable and consistent with 28 U.S.C. section 1920. Accordingly, costs will be taxed in the amount of $1,411.15.

Plaintiff seeks an attorney's fee award in the amount of $29,594. According to the affidavits in support of the Motion, this amount breaks down as follows:

    Konstantine Pantas    8.5 hours @ $250    $ 2,125
    Charles Scalise         4.9 hours @ $250      1,225

|  |  |  |
|---|---|---|
| Mary Lytle | 44.1 hours @ $250 | 11,025 |
| Scott Adams | 60.1 hours @ $150 | 9,015 |
| Total for lawyers | | $23,390 |
| Jessica Fisette | 26.0 hours at $ 95 | 2,470 |
| Bertha Alvarez | .1 hours at $ 65 | 6.50 |
| Jon Rankin | 35.5 hours at $105 | 3,727.50 |
| Total for paralegals | | $ 6,204.00 |

The Court finds these hourly rates to be reasonable. However, an adjustment of the time is required for two reasons. First, in the middle of this case, trial counsel changed from Scott Adams to Mary Lytle, creating inevitable overlap and some inefficiency. Second, some time was expended pursuing the non-meritorious claim against Antonio Castano. In order to adjust for these factors, the Court has discounted the total fee by 30%. This adjustment produces a fee of $20,715.80. The Court declines to otherwise adjust this lodestar amount. Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED. The Clerk shall enter a cost and fee judgment on behalf of Plaintiff and against Defendant Maquipan International, Inc. in the total amount of $22,126.95.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 13, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE